IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 13-cr-00406-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUILLERMO ALMAZAN-PARRA,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Guillermo Almazan-Parra is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 5 day of May 2014.

BY THE COURT:

Judge William J. Martínez
United States District Judge